LITTLER MENDELSON, P.C.
RICHARD R. GRAY, Bar No. 071030
rgray@littler.com
DOUGLAS L. ROPEL, Bar No. 300486
dropel@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
LANCASTER BURNS CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLT RACKLEY, individually, and on behalf of the general public, and as an "aggrieved" employee" under the California Labor Code Private Attorney Generals Act,<br><br>Plaintiff,<br><br>v.<br><br>LANCASTER BURNS CONSTRUCTION, INC.,<br><br>Defendant. | Case No. 2:17-CV-01061-JAM-DB<br><br>**ORDER OF DISMISSAL** |

1     **WHEREAS**, on April 16, 2018, the parties filed a Stipulation of Dismissal of Action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a copy of which is attached hereto as Exhibit A.

## **ORDER**

In accordance with the parties' Stipulation of Dismissal, and good cause appearing: the first, second, third, fourth, fifth, sixth and eleventh causes of action are hereby ordered dismissed with prejudice; and the seventh, eighth, ninth, and tenth causes of action are hereby ordered dismissed without prejudice.

The matter having been concluded in its entirety, the Clerk of the Court is directed to close the file.

Dated: 5/23/2018

                                         /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT

Firmwide:154843180.1 091096.1003

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

ORDER OF DISMISSAL           2.            Case No. 2:17-CV-01061-JAM-DB